**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7193**

_____

BRUCE WINSTON,

　　　　　　　Petitioner - Appellant,

　　　　v.

WARDEN HOLLAND; WARDEN MANSUKHANI,

　　　　　　　Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:19-hc-02008-FL)

_____

Submitted:  December 17, 2019　　　　　　　　　Decided:  December 20, 2019

_____

Before KING, FLOYD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bruce Dwayne Winston, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Winston, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Winston v. Holland*, No. 5:19-hc-02008-FL (E.D.N.C. July 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*